# HODES, ULMAN, PESSIN & KATZ, P.A.

ATTORNEYS AT LAW
SUITE 400
901 DULANEY VALLEY ROAD
TOWSON, MARYLAND 21204-2600

410-938-8800
Facsimile 410-823-6017
E-mail: Hupk@Hupk.com
www.hupk.com

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2001 SEP 26  P 12: 16
CLERK'S OFFICE
AT BALTIMORE
_____ DEPUTY

Writer's Direct Dial:
(410) 339-6759
(410) 825-2493 (fax)
pmlambert@hupk.com

Michael C. Hodes
Louis Jay Ulman
David N. Pessin
Gerald M. Katz †
Drake C. Zaharris *
Carl S. Silverman †
Steven A. Allen
Barry Bach
Randall M. Lutz
Michael E. Leaf
Michael P. Donnelly
Stanley J. Neuhauser
Patricia McHugh Lambert
Thomas J. Gisriel
Joseph P. Kempler
Kevin F. Bress
Harry M. Rifkin *
Mary-Dulany James
Charles F. Morgan
Lynn A. Lubitz
David S. Harvis
John Carroll Broderick
James A. List
Steven B. Schwartzman *
Andrew H. Vance
Ellen H. Arthur
Timothy J. Pursel

David A. Cagle
Seema Reznick
Lynn Edwards Brenneman
Natalie Paige Drinkard
Robert D. Porter
Margaret H. Oliver
Paul E. Mack
Sheri N. Green
S. Scott Tate
Betty S. Diener
Daniele M. Creager
Charles T. Dillon
Kenneth S. Ulman
Lisa G. Lyne

Of Counsel

Thomas J. Zagami
* Beverly J. White
Bruce I. Rothschild
† Bert N. Bisgyer
Allen D. Greif
Jonathan S. Bach

* Also Admitted in DC
† Also Admitted in DC and VA

September 17, 2001

The Honorable J. Frederick Motz
United States District Court
 for the District of Maryland
101 West Lombard Street, Room 510
Baltimore, Maryland 21201

    Re:    New Jersey Manufacturers Insurance Group v. Nationwide Mutual Insurance Company, et al.
            Case No.: JFM-01-CV-2384

Dear Judge Motz:

    I have been advised by parties for the plaintiff that they will be filing a notice of voluntary dismissal of this proceeding (there is another proceeding pending in Virginia). In order that they may do so without the need for all parties signatures, Nationwide has not filed an answer. I have discussed this with plaintiffs counsel and they have agreed to an indefinite extension of the time for filing the answer so that this may be accomplished. Accordingly, I am requesting that the court grant such an extension.

Very truly yours,

Patricia McHugh Lambert

PML/jhm
cc:    Thomas V. McCarron, Esquire
        Paul D. Bekman, Esquire
        Thomas A. McManus, Esquire
        D. Elizabeth Walker, Esquire