UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| YVONNE KREIDER, Individually and as Personal Representative of MICHAEL J. KETCHAM, et al. | * | |
| Plaintiffs | * | |
| v. | * | CIVIL ACTION NO. JFM 99 CV-3846 |
| ROBERT JOSEPH BARLETT, et al. | * | |
| Defendants | * | |

* * * * *

| | | |
|---|---|---|
| NEW JERSEY MANUFACTURERS INSURANCE GROUP | * | |
| | * | CIVIL ACTION NO. JFM 01 CV-2384 |
| Plaintiff | * | |
| v. | * | |
| NATIONWIDE MUTUAL INSURANCE COMPANY, et al. | * | |
| Defendants | * | |

* * * * *

## ORDER

UPON CONSIDERATION of the Motion of Plaintiffs to consolidate the above-captioned actions, and any opposition thereto, it is this ___ day of _____, 2001, by the United States District Court for the District of Maryland,

ORDERED, that the Plaintiffs' Motion be and the same hereby is granted.

_____
J. FREDERICK MOTZ, CHIEF JUDGE